# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MIRANDA MARK,

    Plaintiff,

vs.

DELTA AIRLINES, INC.,
a Delaware corporation; and
PROSPECT AIRPORT SERVICES, INC.,
an Illinois corporation,

    Defendants.

Case No. 2:24-cv-12897-SKD-KGA
Hon. Susan K. DeClercq
Mag. Judge Kimberly G. Altman

_____

## STIPULATED ORDER REQUIRING PLAINITFF'S OCTOBER 23, 2025 VIDEO DEPOSITION

WHEREAS Defendant Delta Air Lines, Inc., having duly noticed Plaintiff Miranda Mark's video deposition for October 7, 2025, at 10:00 a.m. at the offices of Plaintiff's counsel, counsel for Defendants having appeared at the offices of Plaintiff's counsel with a court reporter and videographer at that date and time only to learn that Plaintiff would not appear for her video deposition due to what Plaintiff's counsel has represented was a clerical error;

Counsel for Plaintiff and Defendant Delta having discussed Delta's intention to immediately file a motion compelling Plaintiff's deposition and requesting sanctions as well as an order requiring Plaintiff to appear at Delta's

counsel's office in Southfield, Michigan, for her deposition, which Plaintiff has indicated is a hardship due to her alleged disabilities; and

Plaintiff Miranda Mark having agreed to appear at her counsel's office on October 23, 2025, at 10:00 a.m., for her re-noticed video deposition in order to obviate the need for an immediate motion to compel;

NOW, THEREFORE, the Court being fully advised in the circumstances,

**IT IS ORDERED** that Plaintiff Miranda Mark appear for her re-noticed video deposition at her counsel's office on October 23, 2025, at 10:00 a.m.

**This is not a final order and does not close the case.**

/s/ *Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: October 16, 2025

**Stipulated And Approved For Immediate Entry By:**

| IHRIE O'BRIEN ALBRIGHT PERAKIS | TAFT STETTINIUS & HOLLISTER LLP |
|---|---|
| By: /s/ *Harold A. Perakis*<br>Harold A. Perakis (P35921)<br>*Attorneys for Plaintiff*<br>24055 Jefferson Ave., Ste. 2000<br>St. Clair Shores, MI 48080<br>(586) 778-7778<br>office@ihrieobrienlaw.com<br><br>Dated: October 14, 2025 | By: /s/ *Scott R. Torpey*<br>Scott R. Torpey (P36179)<br>William D. Adams (P54404)<br>*Attorneys for Delta Air Lines, Inc.*<br>27777 Franklin Rd., Ste. 2500<br>Southfield, MI 48034-8214<br>(248) 351-3000<br>storpey@taftlaw.com<br>wadams@taftlaw.com |

2

Dated: October 14, 2025
    BROOKS WILKINS SHARKEY &
       TURCO PLLC

By: /s/ *Brad A. Danek*
    Brad A. Danek (P72098)
    *Attorneys for Prospect Airport*
     *Services, Inc.*
    401 S. Old Woodward Ave., Ste. 400
    Birmingham, MI  48009
    (248) 971-1800
    danek@bwst-law.com

Dated: October 14, 2025

177074538